# EXHIBIT A


wanna co., pa County, Pennsylvania
**Lackawanna County, PA**



**ENTER**
**DONE**
**EXIT**
**E-MAIL**
**BACK**

Prothonotary - Inquiry - Dockets Entries

Case No:     **2016-06433**                                    Filed Date/Time: 1
Case Type:   **MISCELLANEOUS - OTHER**
Caption:     **STATSMAN (vs) CAPITAL**

Position to Date: 00/00/0000                                   Position to Page: [

| Sel | Date | Description |
|---|---|---|
|  | 11/14/2016 | COMPLAINT FILED. |

Bottom

2016 21658

# SABATINI LAW FIRM, LLC

CARLO SABATINI*
KRISTIN SABATINI
BRETT FREEMAN
LEONARD GRYSKEWICZ, JR.^

216 N. Blakely St.
Dunmore, PA 18512
Phone: (570) 341-9000
Fax: (570) 504-2769
Satellite Office: Wilkes-Barre 823-9000

November 14, 2016

Capital One Bank (USA), N.A.
4851 Cox Road
Glen Allen, VA 23060

RECEIVED
NOV 17 2016
LEGAL DEPT
RICHMOND VA

Via Certified Mail Return Receipt Requested

RE: Mark Statsman v. Capital one Bank (USA), N.A. & Firstsource Advantage, LLC
Docket No. 16-cv-6433

Dear Sir or Madam:

Enclosed please find the complaint in the above-referenced matter. Thank you for your anticipated cooperation in this matter.

Sincerely yours,

Brett Freeman

BF/

---

* Board Certified - Consumer Bankruptcy Law - American Board of Certification

| | |
|---|---|
| Mark Statsman<br>113 East Elm St.<br>Dunmore, PA 18512,<br>　　　　　　Plaintiff<br><br>v.<br><br>Capital One Bank (USA), N.A.<br>4851 Cox Road<br>Glen Allen, VA 23060<br><br>and<br><br>Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228,<br>　　　　　　Defendant | IN THE LACKAWANNA COUNTY<br>COURT OF COMMON PLEAS<br><br>Civil Action<br><br>No. 16 CV 6433<br><br>Jury Trial Demanded |

LACKAWANNA COUNTY
2016 NOV 10
JUDICIAL RECORDS
CIVIL DIVISION

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by plaintiff(s). You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

**NORTHEASTERN PENNSYLVANIA LEGAL SERVICES, INC.**
**33 NORTH MAIN STREET, SUITE 200**
**PITTSTON, PA 18640**
**TELEPHONE (570) 299-4100**

LACKAWANNA COUNTY

2016 NOV 14

JUDICIAL RECORDS
CIVIL DIVISION

| | |
|---|---|
| Mark Statsman,<br>　　　　Plaintiff<br><br>v.<br><br>Capital One Bank (USA), N.A., and<br>Firstsource Advantage, LLC<br>　　　　Defendants | IN THE LACKAWANNA COUNTY<br>COURT OF COMMON PLEAS<br><br>Civil Action<br><br>No. 16 CV 6433<br><br>Jury Trial Demanded |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 (hereinafter "the Act"). Defendants made multiple calls to Plaintiff on a number assigned to a cellular telephone service using equipment regulated by the Act.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 47 U.S.C. § 227(b)(3), which permits an action for a violation of the Act to be brought in an appropriate state court.

3. Venue in this Court is proper in that Plaintiff resides here, the conduct complained of occurred here, and Defendants transact business here.

### III. PARTIES

4. Plaintiff is a natural person residing at 113 East Elm St., Dunmore, PA 18512.

5. Defendant Capital One Bank (USA), N.A. ("Capital One") is a bank with a place of business located at 4851 Cox Road, Glen Allen, VA 23060.

6. Defendant Firstsource Advantage, LLC ("FSA") is a limited liability company with a place of business located at 205 Bryant Woods South, Amherst, NY, 14228.

## IV. STATEMENT OF CLAIM

7. Plaintiff is, and at all relevant times was, a "person" as defined by 47 U.S.C. § 153(39).

8. Capital One is, and at all relevant times was, a "person" as defined by 47 U.S.C. § 153(39).

9. FSA is, and at all relevant times was, a "person" as defined by 47 U.S.C. § 153(39).

10. Plaintiff has a cellular telephone number that he has had at all relevant times. Plaintiff has only used this number as a cellular telephone number, and does not believe that it was ever ported from a wireline service.

11. At all relevant times this phone number has been assigned to a cellular telephone service.

### *Count 1- Violation of the Act*

12. The foregoing paragraphs are incorporated herein by reference.

13. Congress enacted the Act to prevent real harm. Congress found that "automated or pre-recorded calls are a nuisance and an invasion of privacy, regardless of the type of call" and decided that "banning" such calls made without consent was "the only effective means of protecting telephone consumers from this nuisance and privacy invasion."

14. Defendants caused to be made an unknown number of calls to Plaintiff's cell phone number.

15. For each of the phone calls that FSA placed to Plaintiff, FSA was acting on behalf of Capital One.

2

16. For each of the phone calls that FSA placed to Plaintiff, FSA was acting as Capital One's agent.

17. Defendants' phone calls harmed Plaintiff by causing the very harm that Congress sought to prevent—a "nuisance and invasion of privacy."

18. Defendants' phone calls harmed Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone and Plaintiff's cellular telephone line.

19. Defendants' phone calls harmed Plaintiff by intruding upon Plaintiff's seclusion.

20. The calls made to Plaintiff's cell phone were made using either an automatic telephone dialing system, as that term is defined in 47 U.S.C. § 227(a)(1), or an artificial or prerecorded voice. The factual allegations in this paragraph are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

21. These telephone calls were not made for "emergency purposes", as defined in 47 C.F.R. § 64.1200.

22. These telephone calls were not made with the Plaintiff's prior express consent.

23. ~~These telephone calls were placed while Plaintiff was in the United States.~~

24. Pursuant to 47 U.S.C. § 227(b)(3), Plaintiff is entitled to an award of $500.00 in statutory damages for each and every call Defendants caused to be made to Plaintiff's cellular telephone number.

25. Plaintiff is also entitled to increased damages, as these calls were made willfully and/or knowingly. The factual allegations in this paragraph are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

26. For each violation that was made willfully and/or knowingly, the Court may, in its discretion, increase the amount of the award to an amount equal to, but not more than, $1,500.00 per call.

WHEREFORE, Plaintiff demands judgment against Defendants for statutory damages between $500.00 and $1,500.00 per call, costs, equitable relief, and such other and further relief as the Court deems just and proper.

## V. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

_____
Brett Freeman
Bar Number: PA 308834
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Attorney for Plaintiff
Phone (570) 341-9000

4

## Verification of Complaint and Certification
## by Plaintiff Mark Statsman

Plaintiff, Mark Statsman, being duly sworn according to law, deposes as follows:

1. I am the plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass the Defendant, cause unnecessary delay to the Defendant, or create a needless increase in the cost of litigation to the Defendant, named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2016. _____
Mark Statsman, Plaintiff





US POSTAGE
$7.16
NOV 14 2016  Mailed from ZIP 18512
2 oz First-Class Mail Flats Rate
071V00582110
endicia.com

USPS FIRST-CLASS  R037

SABATINI LAW FIRM, LLC
216 N BLAKELY ST
SCRANTON, PA 18512-1904

SHIP TO:
Capital One Bank (USA), N.A.
4851 Cox Rd
Glen Allen, VA 23060-6293

USPS CERTIFIED MAIL

9414 7102 0082 8204 4323 15