# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mark Statsman,<br>     Plaintiff<br><br>v.<br><br>Capital One Bank (USA), N.A.<br>and Firstsource Advantage, LLC,<br>     Defendants. | Docket 3:16-cv-02420-JMM<br><br>(JUDGE JAMES M. MUNLEY)<br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this action without costs and with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| s/ Brett Freeman (with consent) | s/ Frederick Blakelock |
| Brett Freeman | Frederick Blakelock |
| Bar Number PA308834 | Bar Number PA 65938 |
| Attorney for Plaintiff | Attorney for Firstsource Advantage, LLC |
| Sabatini Law Firm, LLC | Reilly, Janiczek, Mcdevitt, Henrich & Cholden, P.C. |
| 216 N. Blakely St. | 2500 McClellan Boulevard, Suite 240 |
| Dunmore, PA 18512 | Merchantville, NJ 08109 |
| Phone (570) 341-9000 | Phone (856) 317-7180 |
| Facsimile (570) 504-2769 | Facsimile (856) 317-7188 |
| Email: bfecf@bankruptcypa.com | Email fblakelock@rjm-law.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mark Statsman,<br>　　Plaintiff<br><br>v.<br><br>Capital One Bank (USA), N.A.<br>and Firstsource Advantage, LLC,<br>　　Defendants. | Docket 3:16-cv-02420-JMM<br><br>(JUDGE JAMES M. MUNLEY)<br><br><br>FILED ELECTRONICALLY |

## **ORDER**

The parties having filed a Stipulation of Voluntary Dismissal, IT IS ORDERED that this action is hereby dismissed without costs and with prejudice, each party to bear its own fees and costs.

The Clerk of Court is directed to close the case.

Date: 6/19/17

　　　　　　　　　　　　　　　　　　　James M. Munley
　　　　　　　　　　　　　　　　　　　United States District Judge